**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID HUAI,<br><br>    Plaintiffs,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY, *et al.*,<br><br>    Defendants. | Case No.: C-14 -0086 -YGR<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE, SETTING PRETRIAL DATES** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

Having carefully reviewed the parties' Joint Case Management and Proposed Order (Dkt. No. 10), the Court hereby **VACATES** the case management conference set for Monday, April 7, 2014, and sets the following pretrial dates:

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, January 12, 2015 at 2:00 p.m. |
| NON-EXPERT DISCOVERY CUTOFF: | August 29, 2014 |
| DISPOSITIVE MOTIONS[1] FILING DEADLINE: | October 28, 2014 |

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: April 2, 2014

                                                                               **YVONNE GONZALEZ ROGERS**
                                                                             **UNITED STATES DISTRICT COURT JUDGE**

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.