UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| DAVID HUAI,<br><br>       Plaintiff,<br><br>  v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>       Defendant. | Case No.  14-cv-00086-BLF<br><br>**CASE MANAGEMENT ORDER** |

On 05/20/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | N/A |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | 12/18/2014 at 9:00 am. |
| Final Pretrial Conference | N/A |
| Trial | N/A |

1     IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3     IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.
5     IT IS FURTHER ORDERED THAT the Court adopts previously set dates from
6 04/02/2014 Order (Dkt #12) with the exception of Further Case Management Conference.
7     IT IS FURTHER ORDERED THAT the Non Expert Discovery Cut-Off is 08/29/2014.
8     IT IS FURTHER ORDERED THAT the Deadline to File Dispositive Motions is
9 10/28/2014.

Dated: May 22, 2014

_____
BETH LABSON FREEMAN
United States District Judge